EDWARD H. KUBO, JR.          2499
United States Attorney

FLORENCE T. NAKAKUNI         2286
Chief, Narcotics &
Organized Crime Section

MICHAEL K. KAWAHARA          1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 8 2005

at __ o'clock and __ min __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    VS.<br><br>LEANDRO GOMEZ, III, also (01)<br>  known as "Leo",<br>NATHANIEL RUSSELL, also (02)<br>  known as "Bobo" or "Bo",<br>PAMELA MAHEALANI NEWTON, (03)<br>JOHN CORNIEL, JR., (04)<br>CYRINAH L. AKEN, also (05)<br>  known as "Cyrinah L.<br>  Solomon",<br>CHARLES R.K. FARREN, (06)<br>REED KALEOOKALANI AKEN, (07)<br>  SENIOR,<br>ROGER MANU BATES, also (08)<br>  known as "Manu",<br>TIMOTHY JAMES SULLIVAN, (09)<br>  also known as "Tim",<br>GILBERT GOMEZ, also (10)<br>  known as "Glen",<br><br>            Defendants. | CRIM. NO. 05-00300 JMS<br><br>FIRST SUPERSEDING INDICTMENT<br>[21 U.S.C. 846 841(a)(1),<br>841(b)(1)(A)] |

**FIRST SUPERSEDING INDICTMENT**

Count 1:

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about July 21, 2005 in the District of Hawaii and elsewhere, defendants:

>    **LEANDRO GOMEZ, III**, also known as "Leo" (hereinafter "Leo Gomez"),
>    **NATHANIEL RUSSELL**, also known as "Bobo" or "Bo" (hereinafter "Russell"),
>    **PAMELA MAHEALANI NEWTON** (hereinafter "Newton"),
>    **JOHN CORNIEL, JR.** (hereinafter "Corniel"),
>    **CYRINAH L. AKEN**, also known as "Cyrinah L. Solomon" (hereinafter "Cyrinah Aken"),
>    **CHARLES R.K. FARREN** (hereinafter "Farren"),
>    **REED KALEOOKALANI AKEN, SENIOR** (hereinafter "Reed Aken"),
>    **ROGER MANU BATES**, also known as "Manu" (hereinafter "Bates"),
>    **TIMOTHY JAMES SULLIVAN**, also known as "Tim" (hereinafter "Sullivan"),
>    **GILBERT GOMEZ**, also known as "Glen" (hereinafter "Gilbert Gomez"),

knowingly and intentionally conspired with each other and with other persons known and unknown to the grand jury, to distribute and to possess with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

Ways and Means:

The instant conspiracy involved the distribution of

methamphetamine on the Island of Maui, under the supervision of defendant Russell and his wife, defendant Newton. Defendant Leo Gomez, who resided in Las Vegas, Nevada, supplied methamphetamine to the other co-conspirators. Defendants Sullivan and Gilbert Gomez, also Las Vegas residents, assisted Leo Gomez in the distribution of methamphetamine. Defendant Corniel served an intermediate role on Maui, arranging with Leo Gomez and Sullivan for the replenishment of the conspiracy's methamphetamine inventory and distributing the methamphetamine to their customers on Maui. Defendants Farren and Bates were the main customers. Defendant Cyrinah Aken assisted the other conspirators in various ways, as holding the purchase money to acquire the methamphetamine, handling some of the finances, and also contacting Leo Gomez. The methamphetamine would be delivered from Las Vegas to Maui either by being transported by courier or being sent via small parcel/cargo carriers. Defendant Reed Aken was a courier who transported the drug purchase money from Maui to Las Vegas and then returned back to Maui with methamphetamine.

<u>Overt Acts</u>:

In furtherance of the conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about May 9, 2005 in Las Vegas, Nevada, Leo Gomez caused the following parcel to be tendered for delivery to Maui:

      One (1) UPS parcel, bearing Tracking #N3531349191, for "UPS Next Day Air" delivery, with the sender being "Tim Sullivan, Mail Store & More, 889 S. Rainbow Blvd, Las Vegas, NV", and the recipient being "Jason Chang, 1110 Puana St, Makawao, HI 96768" (hereinafter referred-to as "Subject Parcel #1),

which parcel contained some of the methamphetamine referenced in Overt Act #3 below.

    2. On or about May 9, 2005 in Las Vegas, Nevada, Sullivan tendered Subject Parcel #1 for delivery to Maui.

    3. On or about May 13, 2005 on the Island of Maui, Hawaii, Bates possessed approximately 616.8 grams (net weight) of d-methamphetamine hydrochloride, a methamphetamine salt, with purities ranging from 88 - 93%.

    4. During the approximate period May 25 - 26, 2005, Reed Aken traveled from Maui to Las Vegas, Nevada.

    5. On or about May 26, 2005 in Las Vegas, Nevada, Gilbert Gomez met with Reed Aken.

    6. On or about May 28, 2005, Reed Aken arrived at the Los Angeles International Airport, California.

    7. On or about May 28, 2005, at the Los Angeles International Airport, California, Reed Aken possessed, under the clothes he was wearing, approximately 921.1 grams (net weight) of d-methamphetamine hydrochloride, a methamphetamine salt, with a purity of 83%.

    8. On or about June 9, 2005, in Las Vegas, Nevada, Leo Gomez caused the following parcel to be tendered for delivery to

Maui:

> One (1) UPS Parcel, bearing Tracking #1ZA2V1030175431754, bearing "UPS Next Day Air" labels and an indicated shipping weight of 7 pounds, with the sender being "Stock 2 Show, 905 S. Main St, Las Vegas, NV 89101, and the recipient being "Shawn Chong, 1110 Puana, Makawao, HI 96768" (hereinafter referred-to as "Subject Parcel #2"),

which parcel contained approximately 1,809 grams (net weight), of d-methamphetamine hydrochloride, a methamphetamine salt, with a purity of 79%.

9. On or about June 9, 2005 in Las Vegas, Nevada, Sullivan tendered Subject Parcel #2 for delivery to Maui.

10. On or about July 21, 2005 on the Island of Maui, Hawaii, Russell and Newton possessed approximately $50,199.00 in U.S. currency.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count 2:

The Grand Jury further charges that:

On or about May 13, 2005 in the District of Hawaii and elsewhere, defendants:

> LEANDRO GOMEZ, III,
> NATHANIEL RUSSELL, also known as "Bobo" or "Bo",
> PAMELA MAHEALANI NEWTON,
> JOHN CORNIEL, JR.,
> CYRINAH L. AKEN, also known as "Cyrinah L. Solomon",
> CHARLES R.K. FARREN,
> REED KALEOOKALANI AKEN, SENIOR,
> ROGER MANU BATES, also known as "Manu",

    **TIMOTHY JAMES SULLIVAN**, also known as "Tim", and
    **GILBERT GOMEZ**, also known as "Glen",

knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

    In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Count 3:

    The Grand Jury further charges that:

    On or about May 28, 2005 in the District of Hawaii and elsewhere, defendants:

    **LEANDRO GOMEZ, III**,
    **NATHANIEL RUSSELL**, also known as "Bobo" or "Bo",
    **PAMELA MAHEALANI NEWTON**,
    **JOHN CORNIEL, JR.**,
    **CYRINAH L. AKEN**, also known as "Cyrinah L. Solomon",
    **CHARLES R.K. FARREN**,
    **REED KALEOOKALANI AKEN, SENIOR**,
    **ROGER MANU BATES**, also known as "Manu",
    **TIMOTHY JAMES SULLIVAN**, also known as "Tim", and
    **GILBERT GOMEZ**, also known as "Glen",

knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Count 4:

The Grand Jury further charges that:

On or about June 9, 2005 in the District of Hawaii and elsewhere, defendants:

> LEANDRO GOMEZ, III,
> NATHANIEL RUSSELL, also known as "Bobo" or "Bo",
> PAMELA MAHEALANI NEWTON,
> JOHN CORNIEL, JR.,
> CYRINAH L. AKEN, also known as "Cyrinah L. Solomon",
> CHARLES R.K. FARREN,
> REED KALEOOKALANI AKEN, SENIOR,
> ROGER MANU BATES, also known as "Manu",
> TIMOTHY JAMES SULLIVAN, also known as "Tim", and
> GILBERT GOMEZ, also known as "Glen",

knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code,

Section 2.

    DATED: Honolulu, Hawaii, July __28__, 2005.

                                               /S/
                                    GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
Chief, Narcotics and Organized
Crime Section

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

<u>USA v. Gomez, et. al</u>., USDC-Hawaii, First Superseding Indictment.

8