EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00300-08 JMS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S SENTENCING |
| ) | STATEMENT; CERTIFICATE OF |
| vs. ) | SERVICE |
| ) | |
| ROGER MANU BATES,    (08),) | |
| aka "Manu", ) | Date:  May 8, 2006 |
| ) | Judge: Hon. J. Michael Seabright |
| Defendant. ) | |
| _____) | |

GOVERNMENT'S SENTENCING STATEMENT

      The government has no objections to the proposed pre-sentence report.

      DATED:  March 31, 2006, at Honolulu, Hawaii.

                  EDWARD H. KUBO, JR.
                  United States Attorney
                  District of Hawaii


                  By /s/ Michael K. Kawahara
                     MICHAEL K. KAWAHARA
                     Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Michael J. Park     mparkatty@hawaii.rr.com  March 31, 2006

  Attorney for Defendant
  Roger Manu Bates

Served by hand-delivery:

    Probation Officer                        March 31, 2006
    300 Ala Moana Blvd.
    Box 50111, Rm. C-126
    Honolulu, HI  96850


                                        /s/ Rowena N. Kang