# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00300JMS-008 |
| CASE NAME: | United States of America vs. Roger Manu Bates, aka "Manu" |

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | |
| DATE: | 5/8/2006 | TIME: | |

COURT ACTION:  Sentencing as to Count 1 of the Superseding Indictment: Government's Motion for Downward Departure:

Sentencing continued to Tuesday, May 9, 2006 at 10:30 a.m. before the Honorable J. Michael Seabright.

Submitted by:  Dottie Miwa, Courtroom Manager