# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CRIMINAL 05-00300JMS-08

CASE NAME:        United States of America vs. Roger Manu Bates

ATTYS FOR PLA:    Michael K. Kawahara

ATTYS FOR DEFT:   Michael J. Park

U.S.P.O.:         Anne Shimokawa

---

JUDGE:    J. Michael Seabright        REPORTER:    Sharon Ross

DATE:     5/9/2006                    TIME:    10:30 - 10:50

---

COURT ACTION:  Sentencing to Count 1 of the Superseding  Indictment:
United States' Motion for a Downward Departure:

Defendant present in custody with counsel Michael J. Park.

10:35 a.m. - Mr. Kawahara left the courtroom.

Colloquy held between  Mr. Bates and the Court.  ORDERED THAT THIS PORTION
OF THE TRANSCRIPT BE SEALED.

10:40 a.m. - Mr. Kawahara returns to the courtroom.

Court will appoint new counsel for Mr. Bates.

Sentencing continued to July 6, 2006 at 2:15 p.m.

Submitted by:   Dottie Miwa, Courtroom Manager