DeAnna S. Dotson #7649
P. O. Box 700953
Kapolei, HI 96709-0953
(808) 391-7308
dkeith02@earthlink.net

Attorney for Defendant
ROGER EUGENE MANU BATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CR. NO. 05-00300JMS |
| Plaintiff, | ) ) | NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| ROGER EUGENE MANU BATES | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the defendant, ROGER EUGENE MANU BATES, appeals to the United States Court of Appeals for the Ninth Circuit from his conviction, sentence, and judgment entered on October 18, 2006.

Dated:     October 19, 2006, at Kapolei, Hawaii

_/s/ DeAnna S. Dotson_
DeAnna S. Dotson
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following person by delivery of said document on or about the date of filing:

Michael K. Kawahara
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Dated:      October 19, 2006, at Kapolei, Hawaii

_____
DeAnna S. Dotson