ORIGINAL

DeAnna S. Dotson, Esq. (HBN #7649)
P.O. Box 700953
Kapolei, Hawaii 96709-0953
(808) 391-7308
dkeith02@earthlink.net

Attorney for Defendant-Appellant
ROGER EUGENE MANU BATES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2006

at __11__ o'clock and __min.__ __M
SUE BEITIA, CLERK

LODGED

NOV 16 2006
2:45pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>vs.<br><br>ROGER EUGENE MANU BATES<br><br>    Defendant-Appellant. | ) CR.NO. 05-00300 JMS<br>) (District of Hawaii)<br>)<br>) STIPULATION TO RELEASE<br>) SEALED PORTIONS OF<br>) TRANSCRIPT; ORDER<br>)<br>)<br>)<br>) |

STIPULATION TO RELEASE SEALED PORTIONS OF TRANSCRIPT

      DeAnna S. Dotson, appointed counsel for Roger Eugene Manu Bates, and Michael K. Kawahara, Assistant United States Attorney, hereby stipulate to release the sealed portions of the May 9, 2006 transcript to Appellant's counsel only. The transcript has been ordered in preparation for Appellant Roger Eugene Manu Bates's appeal to the Ninth Circuit Court.

DATED:    November 15, 2006, at Kapolei, Hawaii

Respectfully submitted,

_____
DeAnna S. Dotson
Attorney for Defendant-Appellant


_____
Michael K. Kawahara
Assistant U. S. Attorney


APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE