IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. CR 05-00300 JMS

Short Case Title: USA v Bates

Date Notice of Appeal Filed by Clerk of District Court: Oct 19, 2006

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDING |
|---|---|---|
| | | Voir Dire |
| | | Opening Statement |
| | | Settlement Instructions |
| | | Closing Argument |
| | | Jury Instructions |
| See Attached | | Pre-Trial Proceedings |
| (additional page for designations if necessary) | | Other (please specify) |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
DEC 21 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 11-6-06       Estimated date for completion of transcript _____
Print Name of Attorney: DeAnna S Dotson       Phone Number: 391-2308
Signature of Attorney: _____
Address: PO Box 700853 Kapolei, HI 96709-0853

**SECTION B** - To be completed by court reporter

I, Debra K Chun (signature of court reporter) have received this designation.
(X) Arrangements for payment were made on 11-14-06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

20 Approximate Number of Pages in Transcript--Due Date 12-14-06

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed: 12/6/06       Court Reporter's Signature: Debra K Chun

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.
Sue Beitia       12-21-06       BY: _____
(U.S. District Court Clerk)   (date)           DEPUTY CLERK

Re:  U.S. District Court Case No.:  CR05-00300JMS
     Short Case Title:  USA v. BATES

Section A – Other Proceedings:

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| 08/22/05 | ESR –tape C7 3:20-24 | Arraignment and Plea |
| 10/25/05 | Debra Chun | Status Conference |
| 11/22/05 | Sharon Ross | Motion Withdraw Guilty Plea |
| 05/09/06 | Sharon Ross | Sentencing/reset |
| 09/21/06 | Debra Chun | Sentencing |
| 10/18/06 | Sharon Ross | Sentencing |