ORIGINAL

DeAnna S. Dotson, Esq. (HBN #7649)
P.O. Box 700953
Kapolei, Hawaii 96709-0953
(808) 391-7308
dkeith02@earthlink.net

Attorney for Defendant-Appellant
ROGER EUGENE MANU BATES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2007

LODGED at 3 o'clock and 00 min P M
SUE BEITIA, CLERK

MAR 23 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br><br>vs.<br><br>ROGER EUGENE MANU BATES<br><br>Defendant-Appellant. | ) CR.NO. 05-00300 JMS<br>) (District of Hawaii)<br>)<br>)<br>) STIPULATION TO RELEASE<br>) SEALED PORTIONS OF<br>) TRANSCRIPT; ORDER<br>)<br>)<br>)<br>) |

STIPULATION TO RELEASE SEALED PORTIONS OF TRANSCRIPT

DeAnna S. Dotson, appointed counsel for Roger Eugene Manu Bates, and Michael K. Kawahara, Assistant United States Attorney, hereby stipulate to release the sealed portions of the May 9, 2006 transcript to Appellee's counsel, Michael K. Kawahara. Portions of this transcript have been used in Appellant's Opening Brief and included in the sealed portion of the supplemental excerpts of record. The information contained within this

sealed portion of the transcript is crucial to Appellant's argument on appeal. In order to respond to Appellant's arguments on appeal, it is necessary for Mr. Kawahara to have access to this part of the transcripts. The parties agreed to release the sealed portion of this transcript to Appellant's counsel only which was approved and ordered by court on November 17, 2006.

DATED:   March 21, 2007, at Kapolei, Hawaii

Respectfully submitted,

*/s/ DeAnna S. Dotson*
DeAnna S. Dotson
Attorney for Defendant-Appellant

*/s/ Michael K. Kawahara*
Michael K. Kawahara
Assistant U. S. Attorney

APPROVED AND SO ORDERED:

*/s/*
UNITED STATES DISTRICT JUDGE