

FILED

MAY 23 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2008

at 11 o'clock and 3 min. a M.
SUE BEITIA, CLERK

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff - Appellee,<br>v.<br>ROGER MANU BATES, aka Manu,<br>Defendant - Appellant. | No. 06-10665<br>D.C. No. CR-05-00300-JMS<br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
J. Michael Seabright, District Judge, Presiding

Submitted May 20, 2008**

Before: PREGERSON, TASHIMA, and GOULD, Circuit Judges.

Roger Manu Bates appeals from the 198-month sentence imposed following his guilty-plea conviction for conspiracy to distribute and possess with intent to

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

EF/Research

distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we dismiss the appeal.

When Bates entered into a plea agreement with the government, he waived his right to appeal his conviction and sentence. The record reflects that Bates' guilty plea was knowing and voluntary, and that the appeal waiver was unambiguous. *See United States v. Jeronimo*, 398 F.3d 1149, 1153-57 (9th Cir. 2005). Therefore, we enforce the appeal waiver and dismiss this appeal.

**DISMISSED.**

**06-10665**

USDC, Honolulu
District of Hawaii (Honolulu)
United States Courthouse
Room C338
300 Ala Moana Blvd.
Honolulu, HI 96850-0000

---

---