UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 18 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10665 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00300-JMS District of Hawaii, Honolulu |
| v. | |
| ROGER MANU BATES, aka "Manu, | **MANDATE** |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2008

at __1__ o'clock and ____ min ____ M.
SUE BEITIA, CLERK

The judgment of this Court, entered 5/23/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk